

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00437-CR

| | | |
|---|---|---|
| Michael Alvin Lloyd | § | From Criminal District Court No. 4 |
| | § | of Tarrant County (1404400D) |
| v. | § | March 30, 2017 |
| | § | Per Curiam |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM